IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**RAYMOND BRIAN NAUMANN**                                         **PLAINTIFF**

**v.**                    **Case No. 1:19-cv-00092-LPR-BD**

**AL ROORK,** *et al***.**                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal of four Doe Defendants from Magistrate Judge Beth Deere. (Doc. 17). Mr. Naumann has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The claims against Doe Defendants Terry, Hunter, Jacob, and Mr. Bill are DISMISSED, without prejudice, for failure to timely serve with process.

IT IS SO ORDERED this 30th day of January 2020.

                                                                    _Lee P. Rudofsky_
                                                                      UNITED STATES DISTRICT JUDGE