IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**RAYMOND BRIAN NAUMANN**                                                                 **PLAINTIFF**

V.                              **CASE NO. 1:19-CV-92-LPR-BD**

**AL ROORK,** *et al*.                                                                            **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections

This Recommendation has been sent to Judge Lee P. Rudofsky. Any party to this suit may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II.    Discussion

Plaintiff Raymond Brian Naumann filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Doc. No. 1, 3) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses. Local Rule 5.5.

On February 12, 2020, Mr. Naumann was given 30 days to notify the Court of his new address, after his mail was returned to Court marked "undeliverable." (Doc. No. 23) The Court specifically cautioned Mr. Naumann that his claims could be dismissed if he

failed to comply with the Order to update his address. To date, Mr. Naumann has failed to comply with the Court's Order, and the time for doing so has passed.

## III.   Conclusion

The Court recommends that Mr. Naumann's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 12, 2020 Order. Defendants' motion to dismiss or to stay deadlines (Doc. No. 26) should be DENIED, as moot.

DATED this 17th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE