IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RAYMOND BRIAN NAUMANN                                                              PLAINTIFF

v.                         Case No. 1:19-cv-00092-LPR-BD

AL ROORK, *et al*.                                                                 DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from United States Magistrate Judge Beth Deere. (Doc. 29). The parties have not filed objections. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Naumann's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's February 12, 2020 Order. (Doc. 23). Defendants' Motion to Dismiss or Stay Deadlines (Doc. 26) is DENIED, as moot. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE